[Civ. No. 1521.    Second Appellate District.—April 17. 1914.]

## R. M. BAKER, Appellant, v. EILERS MUSIC COMPANY, Respondent.

APPEAL—DELAY IN FILING TRANSCRIPT—PENDENCY OF APPLICATION FOR NEW TRIAL.—Motion to dismiss appeal denied on the authority of *Baker* v. *Eilers Music Company, ante*, p. 348.

MOTION to dismiss an appeal from a judgment of the Superior Court of Los Angeles County. J. P. Wood, Judge.

The facts are similar to those stated in the opinion in *Baker* v. *Eilers Music Company, ante*, p. 348.

Lucius M. Fall, for Appellant.

Frank Bryant, for Respondent.

THE COURT.—The facts presented upon this motion are in all respects similar to those under consideration in case No. 1520, *Baker* v. *Eilers Music Company*, (Civ. No. 1520), *ante*, p. 348, [141 Pac. 395], in which the motion to dismiss the appeal was denied. For the reasons stated in the opinion filed in that case, the motion of respondent for an order dismissing the appeal herein is denied.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 16, 1914.